**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Christopher Thaar,

        Plaintiff,

v.

Nationwide Collection Agencies, Inc.,
d/b/a Money Recovery Nationwide,

        Defendant.
_____/

CASE NUMBER: 17-12559
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE MAJZOUB

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 4, 2019, Magistrate Judge Majzoub issued a Report and Recommendation [Doc. 32], recommending that Plaintiff's Motion for Summary Judgment [Doc. 20] be **DENIED.**

Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's Motion for Summary Judgment is **DENIED**.

**IT IS ORDERED**.

                S/ Victoria A. Roberts
                Victoria A. Roberts
                United States District Judge

Dated: April 22, 2019