# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER THAAR,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONWIDE COLLECTION AGENCIES, INC. D/B/A MONEY RECOVERY NATIONWIDE,<br><br>  Defendant. | Case No.:  2:17-cv-12559-VAR-MKM<br>Hon. Victoria A. Roberts<br>Mag. Mona K. Majzoub<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Nationwide Collection Agencies d/b/a Money Recovery Nationwide, in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 7th day of June, 2019.

/s/ Gary Nitzkin
GARY D. NITZKIN (P41155)
CARL SCHWARTZ (P70335)
CREDIT REPAIR LAWYERS
OF AMERICA
Attorneys for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
Phone: (248) 353-2882
Fax (248) 353-4840
Email – gary@crlam.com