UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER THAAR,

    Plaintiff,

Case No. 2:17-cv-12559-VAR-MKM
Hon. Victoria A. Roberts
Mag. Mona K. Majzoub

-vs.-

NATIONWIDE COLLECTION AGENCIES,
INC. D/B/A MONEY RECOVERY NATIONWIDE,

    Defendant.
_____

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT NATIONWIDE COLLECTION AGENCIES, INC. D/B/A MONEY RECOVERY NATIONWIDE ONLY, WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Nationwide Collection Agencies, Inc. d/b/a Money Recovery Nationwide, only, with prejudice and without attorney's fees or costs to either party.

        /s/Gary D. Nitzkin
        Gary D. Nitzkin (P41155)
        Attorney for Plaintiff
        22142 West Nine Mile Road
        Southfield, Michigan 48034
        248.353.2882
        gary@crlam.com

By: */s/Randall J. Groendyk*
Randall J. Groendyk
39500 High Pointe Blvd Suite 350
Novi, MI 48375
Tel: (248) 567-7400
Fax: (248) 567-7423
Email: bsweeny@varnumlaw.com
Email: rjgroendyk@varnumlaw.com
*Counsel for Nationwide Collection Agencies*

## PROOF OF SERVICE

I, Gary Nitzkin, hereby state that on August 5, 2019, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

_/s/Gary D. Nitzkin__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER THAAR,

    Plaintiff,

-vs.-

NATIONWIDE COLLECTION AGENCIES,
INC. D/B/A MONEY RECOVERY NATIONWIDE,

    Defendant.

Case No. 2:17-cv-12559-VAR-MKM
Hon. Victoria A. Roberts
Mag. Mona K. Majzoub

_____

**ORDER OF DISMISSAL**
**WITH PREJUDICE AS TO DEFENDANT NATIONWIDE COLLECTION**
**AGENCIES, INC. D/B/A MONEY RECOVERY NATIONWIDE, ONLY**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Nationwide Collection Agencies, Inc. d/b/a Money Recovery Nationwide, only, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Nationwide Collection Agencies, Inc. d/b/a Money Recovery Nationwide as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: ___8/16/19_____
_____

s/ Victoria A. Roberts_____
Victoria A. Roberts
Judge of United States District Court